FAXED

Sean Conboy, No. 214487
Joseph A. Kaufman, No. 228319
**CARROLL, BURDICK & McDONOUGH** LLP
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: 415-989-5900
Facsimile: 415-989-0932
Email: sconboy@cbmlaw.com

Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.

RECEIVED
2011 JUL 27 A 10: 00
RICHARD W. WIEKING
US DISTRICT COURT
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHELLE ANDRE, | No. CV11 0664 EDL |
|---|---|
| Plaintiff, | Complaint Filed: February 14, 2011 |
| v. | Magistrate Judge: Elizabeth D. Laporte |
| VOLKSWAGEN GROUP OF AMERICA, INC., and DOE 1 through DOE 10, inclusive, | **STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE** |
| Defendants. | |

TO THE COURT:

///

///

CBM-LA\LA100337

STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE No. CV11 0664 EDL

1   The parties hereby stipulate that the entire action shall be dismissed with
2   prejudice, with each party to bear their own costs.

4   Dated: 5/24/11

THE BICKEL LAW FIRM, INC.

By /s/ Amanda Gray
AMANDA GRAY
Attorneys for Plaintiff
MICHELLE ANDRE

11  Dated: 5/17/11

CARROLL, BURDICK & McDONOUGH LLP

By /s/ Joseph A. Kaufman
JOSEPH A. KAUFMAN
Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.

CBM-LA\LA100337 -2-
STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE  No. CV11 0664 EDL

FAXED

1  Sean Conboy, No. 214487
   Joseph A. Kaufman, No. 228319
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  44 Montgomery Street, Suite 400
   San Francisco, CA 94104
4  Telephone:   415-989-5900
   Facsimile:   415-989-0932
5  Email:       sconboy@cbmlaw.com

6  Attorneys for Defendant
   VOLKSWAGEN GROUP OF AMERICA, INC.

RECEIVED 2011 JUL 27 A 10: 00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ANDRE, | No. CV11 0664 EDL |
| Plaintiff, | Complaint Filed:   February 14, 2011 |
| v. | Magistrate Judge:   Elizabeth D. Laporte |
| VOLKSWAGEN GROUP OF AMERICA, INC., and DOE 1 through DOE 10, inclusive, | [PROPOSED] ORDER ON PARTIES' STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE |
| Defendants. | |

The parties have stipulated that the action should be dismissed with prejudice. Accordingly, the entire action is dismissed with prejudice.

DATED: July 29, 2011

IT IS SO ORDERED

*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

CBM-LA\LA100338

PROPOSED] ORDER ON PARTIES' STIPULATION DISMISSING ACTION WITH PREJUDICE       No. CV11 0664 EDL